**Cladus NUNN, Appellant,**

v.

**DIVISION OF EMPLOYMENT SECURITY, Respondent.**

No. WD 75213.

Missouri Court of Appeals,
Western District.

Jan. 8, 2013.

Ronald E. Sandhaus and David B. Mandelbaum, Leawood, KS, for appellant.

Bart A. Matanic, Jefferson City, MO, for respondent.

Before Division One: THOMAS H. NEWTON, Presiding Judge, JOSEPH M. ELLIS, Judge and GARY D. WITT, Judge.

**ORDER**

PER CURIAM:

Cladus Nunn appeals from the Labor and Industrial Relations Board Commission's order finding him ineligible for unemployment benefits. Because there was sufficient competent evidence in the record to support the Commission's final order, we affirm. 84.16(b). A memorandum explaining the reasons for our decision has been provided to the parties.